UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 00-60841
Summary Calendar
Civil Docket # 3:00-CV-94-B

In The Matter Of: U.S.A./RURAL DEVELOPMENT;
U.S. DEPARTMENT OF AGRICULTURE; JIMMY W. CROSS;
F. WOODROW BROWN; WILLIAM SIMPSON,

Debtors.

_____

HENRY BOYD, JR.,

Appellant,

versus

U.S.A./RURAL DEVELOPMENT; U.S. DEPARTMENT OF AGRICULTURE;
JIMMY W. CROSS; F. WOODROW BROWN; WILLIAM SIMPSON,

Appellees.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
_____

April 4, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellant Boyd has taxed the courts' patience too long in his attempts to circumvent the effects of foreclosure on his home a dozen years ago and payments required to be made to FMHA under a Chapter 13 bankruptcy plan. The instant appeal of yet another

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dismissal of a frivolous claim is indecipherable.  Boyd raises no legal or factual issues that make sense.  He has been warned before about frivolous appeals.  *See* <u>Boyd v. Barkley</u>, 166 F.3d 341 (5th Cir. 1998) (unpublished).

We now dismiss this appeal as frivolous and impose sanctions.  Boyd may not file any more appeals or related papers in this court unless he obtains prior written consent of a judge of this court.

Appeal **DISMISSED; Sanctions Imposed.**